PAUL, HASTINGS, JANOFSKY & WALKER LLP
M. KIRBY C. WILCOX (SB# 78576)
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7002
Facsimile: (415) 756-7100
kirbywilcox@paulhastings.com

PAUL, HASTINGS, JANOFSKY & WALKER LLP
STEPHEN P. SONNENBERG (SB# 164881)
MARIA A. AUDERO (SB# 210141)
STEVE Y. CHU (SB# 238155)
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
stephensonnenberg@paulhastings.com
mariaaudero@paulhastings.com
stevechu@paulhastings.com

Attorneys for Defendant
BANC OF AMERICA INVESTMENT SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. BETTIS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BANC OF AMERICA SECURITIES, LLC; BANC OF AMERICA INVESTMENT SERVICES, INC.; and DOES 2 through 50, inclusive, <br><br> Defendants. | CASE NO. C-05-5363-WHA <br><br> **STIPULATION TO FILE AMENDED ANSWER OF BANC OF AMERICA INVESTMENT SERVICES, INC. TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER THEREON** |

Case No. C-05-5363-WHA
LEGAL_US_W # 53189265.1

STIPULATION TO FILE AMENDED ANSWER OF BANC OF AMERICA INVESTMENT SERVICES, INC.

THE PARTIES HEREBY STIPULATE AND REQUEST AN ORDER, through their respective attorneys of record, as follows:

1. On December 23, 2005, Bank of America Investment Services, Inc. ("BAIS") filed its Answer to Plaintiffs Unverified Complaint in the Superior Court for the County of San Francisco.

2. On December 27, 2005, BAIS removed the instant matter to the United States District Court for the Northern District of California and attached said Answer as Exhibit B of its Notice of Removal.

3. On or about January 9, 2006, upon further consideration of the Affirmative Defenses it asserted in its Answer, BAIS decided to withdraw its Sixth, Tenth, Fourteenth, Thirty-Second, and Thirty-Third Affirmative Defenses, and to modify its Nineteenth Affirmative Defense.

4. In light of this decision, BAIS requests to file an Amended Answer in this matter to make the revisions set forth in Paragraph 3 above. In addition to these revisions, BAIS will also revise its Answer to provide specific denials, rather than the general denial permitted in state court. A copy of the proposed Amended Answer is attached hereto as Exhibit A.

5. The Amended Answer clarifies certain legal defenses only to conform to the facts of this case.

6. The Amended Answer does not add any defense that would cause the need for additional discovery and, in any event, the parties have not yet commenced discovery.

7. The parties hereby stipulate and agree to allow BAIS to file the Amended Answer in the form attached hereto as Exhibit A no later than March 17, 2006.

DATED: March _____, 2006

DOSTART CLAPP GORDON & COVENEY, LLP
JAMES F. CLAPP
J. KIRK DONNELLY
MARITA MURPHY LAUINGER

By:_____
JAMES F. CLAPP

Attorneys for Representative Plaintiff
WILLIAM J. BETTIS

DATED: March 8, 2006

PAUL, HASTINGS, JANOFSKY & WALKER LLP
M. KIRBY C. WILCOX
STEPHEN P. SONNENBERG
MARIA A. AUDERO
STEVE Y. CHU

By:_____/s/_____
MARIA A. AUDERO

Attorneys for Defendant
BANC OF AMERICA INVESTMENT SERVICES, INC.

Case No.
LEGAL_US_W # 53189265.1

-3-

STIPULATION TO FILE AMENDED ANSWER OF BANC OF AMERICA INVESTMENT SERVICES, INC.

### [PROPOSED] ORDER

The Court has reviewed the instant Stipulation to File Amended Answer of Banc of America Investment Services, Inc. as a proper disposition of this matter. Therefore,

FOR GOOD CAUSE SHOWN, this Stipulation to File Amended Answer of Banc of America Investment Services, Inc. is hereby granted and it is ordered that BAIS has until March 17, 2006 in which to file its Amended Answer.

DATED: March 8, 2006 _____

_____
The Honorable William H. Alsup
U.S. District Court

*APPROVED — Judge William H. Alsup, United States District Court, Northern District of California*

Case No.  
LEGAL_US_W # 53189265.1

-4-

STIPULATION TO FILE AMENDED ANSWER OF BANC OF AMERICA INVESTMENT SERVICES, INC.