IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. BETTIS, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>BANC OF AMERICA SECURITIES, LLC, and DOES 2 through 50, inclusive,<br><br>   Defendants. | No. C 05-05363 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court **CONTINUES** the case management conference, currently set for March 30, 2006, to **APRIL 6, 2006 AT 11:00 A.M.**, per stipulation filed March 23, 2006.

**IT IS SO ORDERED.**

Dated: March 24, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE