PAUL, HASTINGS, JANOFSKY & WALKER LLP
M. KIRBY C. WILCOX (SB# 78576)
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7002
Facsimile: (415) 856-7100
kirbywilcox@paulhastings.com

PAUL, HASTINGS, JANOFSKY & WALKER LLP
STEPHEN P. SONNENBERG (SB# 164881)
MARIA A. AUDERO (SB# 210141)
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
stephensonnenberg@paulhastings.com
mariaaudero@paulhastings.com

Attorneys for Defendant
BANC OF AMERICA SECURITIES, LLC and BANC OF AMERICA
INVESTMENT SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. BETTIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANC OF AMERICA SECURITIES, LLC; BANC OF AMERICA INVESTMENT SERVICES, INC., and DOES 2 through 50, inclusive,<br><br>Defendants. | CASE NO. C-05-5363-WHA<br><br>**STIPULATION AND ORDER EXTENDING DATE TO ADD NEW PARTIES** |

At the Case Management Conference on April 6, 2006, counsel for Banc of America Securities, LLC and Banc of America Investment Services, Inc. represented that the Banc was diligently attempting to identify the legal entities for which the alleged class members have worked during the liability period. Despite those efforts, the Banc has not completed all aspects of its inquiry and wishes to accord counsel for plaintiffs two additional weeks, to and including April 28, 2006, within which to move to add any new parties, should that be necessary. Counsel for the parties, therefore, jointly stipulate and request that the court amend its Case Management Order dated April 6, 2006 and grant counsel for plaintiffs to and including April 28, 2006, to move to add any new parties.

**IT IS SO STIPULATED.**

DATED: April 14, 2006      THIERMAN LAW FIRM


By:_____/s/_____
               MARK R. THIERMAN

Attorneys for Plaintiffs

DATED: April 14, 2006      PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                 M. KIRBY C. WILCOX
                                 STEPHEN P. SONNENBERG
                                 MARIA A. AUDERO


By:_____/s/_____
               M. KIRBY C. WILCOX

Attorneys for Defendant
BANC OF AMERICA SECURITIES, LLC and
BANC OF AMERICA INVESTMENT SERVICES, INC.

1    **IT IS SO ORDERED.**

2

3    DATED:  April __17__, 2006

4    _____

5                          WILLIAM H. ALSUP
                    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28